IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROSEMARY FALLON, etc. : CIVIL ACTION

v. :

: NO. 10-4964

MEDICAL DATA SYSTEMS INC

**ORDER**

AND NOW, this 30th day of September, 2010, upon Motion and Statement in support of Request to Proceed <u>In Forma Pauperis,</u> it appearing to the Court that ROSEMARY FALLON is unable to pre-pay the filings fees and costs, it is **ORDERED** that:

1. Plaintiff is **GRANTED** leave to proceed <u>in forma pauperis</u>.

2. The complaint is to be filed and summons is to be issued.

3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and complaint upon the defendant at no cost to the plaintiff.

_____
R. BARCLAY SURRICK, J.

IFP/SSI ORDER